IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MID-CONTINENT CASUALTY COMPANY,

    Plaintiff,

vs.                                          CASE NO. 1:06-cv-00128-MP-AK

L.B. KING d/b/a KING OIL AND TIRES,

    Defendant.

_____/

L.B. KING, d/b/a KING'S OIL & TIRES,

    Counter-Plaintiff,

vs.

MID-CONTINENT CASUALTY COMPANY,

    Counter-Defendant.

_____/

### ORDER ON JOINT MOTION AND STIPULATION

This matter is before the Court on Doc. 102, Joint Motion and Stipulation, filed by the parties on October 13, 2008. The Court having considered the matter, finds that it should be granted. It is hereby

**ORDERED AND ADJUDGED:**

1. The Pretrial Conference scheduled for October 15, 2008, is cancelled and shall be reset by separate notice if necessary.

2. The parties shall advise the Court of whether there is a continuing need for litigation within five (5) business days upon expiration of the Tolling Agreement or on February 2, 2009, as applicable. If necessary, the Pretrial Conference will be rescheduled as soon as possible thereafter.

3.  The discovery deadline shall be extended to thirty (30) days after the date of the Pretrial Conference.

**DONE AND ORDERED** this  *14th*   day of October, 2008

            *s/Maurice M. Paul*
       Maurice M. Paul, Senior District Judge