IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MID CONTINENT CASUALTY COMPANY,

Plaintiff / Counter-Defendant,

v. CASE NO. 1:06-cv-00128-MP-AK

L. B. KING,

Defendant / Counter-Plaintiff.
_______________________________/

**ORDER ON JOINT STATUS REPORT**

This matter is before the Court on Doc. 107, Joint Status Report filed by the parties on March 19, 2009. The Court having considered the matter, finds that it should be granted. It is hereby,

**ORDERED AND ADJUDGED:**

1. This matter is stayed until Tuesday, June 23, 2009, in order to allow Defendant/Counter-Plaintiff King's environmental consultants to complete and submit Site Assessment Addendum #4 to the Florida Department of Environmental Protection ("FDEP") and for FDEP to review and report on its findings.

2. The parties shall advise the Court by that date whether there is a continuing need for litigation. If necessary, the Pretrial Conference will be rescheduled as soon as possible thereafter.

3. The discovery deadline shall be set at the Pretrial Conference.

**DONE AND ORDERED** this *24th* day of March, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge