IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MID CONTINENT CASUALTY COMPANY,

    Plaintiff,

v.                                                                 CASE NO. 1:06-cv-00128-MP-AK

L B KING,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 118, Joint Motion for Extension of Time to File Joint Status Report. The motion is granted, and the Plaintiff shall file a status report by Wednesday, February 3, 2010.

**DONE AND ORDERED** this _4th_ day of November, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge