IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MID CONTINENT CASUALTY COMPANY,

    Plaintiff,

v.                          CASE NO. 1:06-cv-00128-MP -GRJ

L B KING,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 152, Emergency Motion for Extension of Time to File Dispositive Motions, filed by Plaintiff. The Defendant responded, Doc. 159, opposing the motion. Previously, after a telephonic status conference dated August 19, 2010, the Court entered an order setting various deadlines as was discussed during the telephonic hearing. The text of the order, however, did not explicitly set September 2, 2010 as the dispositive motion deadline, although the text of the docket entry in CMECF did. Plaintiff now asserts that a secretary at Plaintiff's counsel's firm reviewed the order, without any setting of a dispositive motion deadline, and recommended that the Court had not set such a deadline. Counsel then applied the default rule, which resulted in a September 15, 2010, deadline. Plaintiff's counsel thus moves for an extension of time until that later date to file its dispositive motions.

Due to this confusion in the record created by the Court, and in the interest of resolving matters on the merits rather than based on procedural mistakes, the Court will grant the emergency motion, nunc pro tunc, and will consider the Plaintiff's motion. The Court is mindful, however, of the scheduling problems this may present to Defendant, as articulated in Defendant's

response at Doc. 159. The parties have worked together well in this case, even during the period of delay while expert analysis of the site was conducted. Thus, the Court sees no harm in briefly extending the subsequent deadlines, if need be, to eliminate any prejudice to the Defendant, if Defendant so desires. Thus, it is hereby

**ORDERED AND ADJUDGED:**

Doc. 152, the Motion for Extension of Time to File Dispositive Motions by Mid-Continent Casualty Company, is granted nunc pro tunc. The Court will consider the motion for summary judgment at Doc. 153-55.

Doc. 162, the Motion to File a Reply, is denied to the extent that any further filing is required on the issue of the extension of time.

Defendant shall have until Friday, September 24, 2010, to file a motion to extend the remaining deadlines in this case, if Defendant so desires. If such motion is not filed on or before that date, the current deadlines will apply.

**DONE AND ORDERED** this  *21st*  day of September, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge