# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

MID CONTINENT CASUALTY COMPANY,

    Plaintiff,

v.                                                                   CASE NO. 1:06-cv-00128-MP-GRJ

L B KING,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 193, the Report and Recommendation of the Magistrate Judge, recommending that the motions for summary judgment by each side be denied and this matter be set for bench trial.  Both sides filed objections and responses, Docs. 196-99, and the Court has made a de novo determination of those portions of the Report and Recommendation to which objection was made. 28 U.S.C. § 636(b)(1)(C).  Upon consideration, it is hereby

    **ORDERED AND ADJUDGED**:

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 193, is accepted and incorporated herein.

    2.    This matter shall be set for pretrial conference before the undersigned by separate notice, and the schedule for filing pretrial materials such as stipulations and proposed findings shall be set by separate notice.

    **DONE AND ORDERED** this *1st* day of October, 2012

                                        *s/Maurice M. Paul*
                                      Maurice M. Paul, Senior District Judge